*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 12  PM 1: 50

ROBERT R. DI IROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

---

EDWARD TUCKER

v.

JEFF PHIPPS

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2968-D

---

**DECISION BY COURT.**  This action came to consideration before the
Court.  The issues have been considered and a decision has been
rendered.


**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Order of
Dismissal  entered  on  April  29,  2005,  this  cause  is  hereby
dismissed.**



APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 11, 2005
Date

ROBERT R. DI TROLIO

Clerk of Court

(BY)  Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02968 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Edward Tucker
FAYETTE COUNTY JAIL
P.O. Box 219
Somerville, TN 38068

Honorable Bernice Donald
US DISTRICT COURT